# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2654

_____

SHANA W. RAY,

   Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF MANAGEMENT SERVICES,
DIVISION OF RETIREMENT,

   Appellee.

_____

On appeal from State of Florida, State Retirement Commission.
Priscilla C. Jackson, Chairman.

September 11, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen M. Andrews and Zachary D. Andrews, Stephen Andrews P.A., Tallahassee, for Appellant.

Lynette Norr, Assistant Attorney General, and Sean W. Gellis, Assistant General Counsel, and Ladasiah Jackson Ford, Assistant General Counsel, for Department of Management Services, Tallahassee, for Appellee.